

# Fourth Court of Appeals
## San Antonio, Texas

February 3, 2014

No. 04-13-00663-CR and 04-13-00713-CR

Dillan William **STANLEY**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the 186th Judicial District Court, Bexar County, Texas
Trial Court No. 2011CR8100B
Honorable Maria Teresa Herr, Judge Presiding

# O R D E R

On January 31, 2014, appellant filed a motion to consolidate appellate cause numbers 04-13-00663-CR and 04-13-00713-CR. According to appellant's attorney, he was unaware appellant's previous counsel filed a notice of appeal on October 1, 2013—resulting in appellate cause number 04-13-00663-CR—when he filed a notice of appeal on October 16, 2013—resulting in appellate cause number 04-13-00713-CR. The records in both appeals have already been filed.

It is therefore ORDERED that the two cases shall be consolidated for briefing and argument purposes (if argument is requested and granted). The parties shall file motions, briefs, and other pleadings as if the two appeals were one case, but shall put both appeal numbers in the style of the case. If oral argument is requested and granted, both cases shall be argued together, as a single appeal, and the total time limit for each side at oral argument shall equal the ordinary time limit for a single appeal. The court will dispose of the entire case with the same judgment, opinion, and mandate. This order does not extend the briefing schedule, and appellant's brief remains due February 10, 2014.

_Sandee Bryan Marion_
Sandee Bryan Marion, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 3rd day of February, 2014.



Keith E. Hottle
Clerk of Court